**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Charles Floyd GANNON, Defendant–**
**Appellant.**

**Nos. 06–11201, 06–11455**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Aug. 25, 2006.

Sandra Woodall Deisler, Roberta Josephina Bodnar, U.S. Attorney's Office, Orlando, FL, for Plaintiff–Appellee.

Stephen J. Langs, Federal Public Defender, Orlando, FL, for Defendant–Appellant.

Before TJOFLAT, PRYOR and FAY, Circuit Judges.

PER CURIAM:

Stephen Langs, appointed counsel for Charles Gannon in these appeals from the revocation of Gannon's supervised release term, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of these appeals

---

1. Appellant's request for oral argument is denied.

is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the revocation of Gannon's supervised release term and the resulting sentence are **AFFIRMED**.